DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RITA MAURINO,**
Appellant,

v.

**TERRI HUGHES,**
Appellee.

No. 4D20-677

[February 25, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 2020DR001374.

Michael D. Gelety, Fort Lauderdale, for appellant.

No appearance filled for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***